**FAG ITALIA S.P.A., and Fag Bearings Corporation, Plaintiffs,**

and

**SKF USA Inc. and Skf Industrie S.p.A., Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**The Torrington Company (now known as Timken U.S. Corporation), Defendant–Appellee.**

**FAG Italia S.P.A., and Fag Bearings Corporation, Plaintiffs– Appellees,**

and

**SKF USA INC. and Skf Industrie S.p.A., Plaintiffs–Appellees,**

v.

**United States, Defendant–Appellant,**

and

**The Torrington Company (now known as Timken U.S. Corporation), Defendant–Appellant.**

No. 01–1524, 02–1091, 02–1093.

United States Court of Appeals, Federal Circuit.

May 4, 2004.

Peter Buck Feller, Principal Attorney, McKenna Long, Washington, DC, for Plaintiff–Appellant.

Jeffrey A. Belkin, Principal Attorney, Alston & Bird, Atlanta, GA, for Defendant–Appellee.

Max F. Schutzman, Principal Attorney, Jeffrey S. Grimson, Mark E. Pardo, Adam M. Dambrov, of Counsel, Grunfeld, Desiderio, New York, NY, Herbert C. Shelley, Principal Attorney, Alice A. Kipel, of Counsel, Steptoe & Johnson, Washington, DC, for Plaintiffs–Appellees.

Terence P. Stewart, Principal Attorney, Wesley K. Caine, Lane S. Hurewitz, Geert M. De Prest, of Counsel, Stewart and Stewart, Ada E. Bosque, Principal Attorney, Berniece A. Browne, David R. Mason, John D. McInerney, Michael N. Cohen, of Counsel, Velta A. Melnbrencis, Principal Attorney, Washington, DC, for Defendants–Appellants.

SCHALL, Circuit Judge.

Upon consideration of SKF USA Inc. et al.'s unopposed motion to voluntarily dismiss appeal 01–1624 and the United States' and The Torrington Company's responses to this court's February 17, 2004 order,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and the motion to dismiss 01–1624 is granted. All sides shall bear their own costs in 01–1624.

(2) The United States' and The Torrington Company's opening briefs in 02–1091, –1093 are due within 60 days of the date of filing of this order.

(3) Any response briefs in 02–1091, –1093 are due within 40 days of the latter date of service of the appellants' briefs.

(4) The appellants' reply briefs in 02–1091, –1093 are due within 25 days of the latter date of service of the response briefs.